| | |
|---|---|
| 1 | BENESCH, FRIEDLANDER, |
| 2 | COPLAN & ARONOFF LLP |
|   | MARK S. EISEN (SBN 289009) |
| 3 | meisen@beneschlaw.com |
|   | 333 West Wacker Drive, Suite 1900 |
| 4 | Chicago, IL 60606 |
|   | Telephone: 312.212.4949 |
| 5 | Facsimile:  312.767.9192 |

Attorneys for Defendant CVS Pharmacy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual, | Case No. 2:17-cv-03877-MWF-SK |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed:     April 24, 2017 |
| | Complaint Served:   May 1, 2017 |
| | Complaint Removed: May 23, 2017 |
| | Current Response Date:  March 30, 2017 |
| | New Response Date:  June 6, 2017 |

     Pursuant to C.D. Cal. Local Rule 8-3, Plaintiff Kayla Reed ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("CVS") hereby stipulate to an extension of the time to respond to the initial Complaint as follows. Plaintiff filed the Complaint on April 24, 2017 in the Superior Court of California for the County of Ventura and served CVS on May 1, 2017. CVS subsequently removed this action on May 23, 2017. Pursuant to Federal Rule of Civil Procedure 81(c)(2), CVS's response is presently due May 30, 2017.

Plaintiff and CVS hereby stipulate to a 7-day extension of time from March 6, 2017 to June 6, 2017 to respond to the initial Complaint in this action.

Dated: May 26, 2017                     CVS PHARMACY, INC.

                                        By:  s/ Mark S. Eisen

                                        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                                        Mark S. Eisen (SBN289009)
                                        meisen@beneschlaw.com
                                        333 West Wacker Drive, Suite 1900
                                        Chicago, IL 60606
                                        Telephone:  312.212.4949
                                        Facsimile:   312.767.9192

                                        Attorney for Defendant CVS Pharmacy, Inc.

Dated: May 26, 2017                     KAYLA REED

                                        By:  s/ Michael J. Manning

                                        MANNING LAW APC
                                        Michael J. Manning (SBN286879)
                                        mike@manninglawoffice.com
                                        4667 MacArthur Blvd., Suite 150
                                        Newport Beach, CA 92660
                                        Telephone:  949.200.8755
                                        Facsimile:   866.843.8308

                                        Attorney for Plaintiff Kayla Reed

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By    /s/ Mark S. Eisen
       Mark S. Eisen