BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192

Attorneys for Defendant CVS Pharmacy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAYLA REED, an individual,<br><br>                       Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1-10, inclusive,<br><br>                       Defendants. | Case No. 2:17-cv-03877-MWF-SK<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND SCHEDULING CONFERENCE HEARING DATES BY TWO WEEKS**<br><br>*Current MTD*<br>*Hearing Date:*      July 31, 2017<br><br>*Current Scheduling Conf.*<br>*Hearing Date:*      July 31, 2017<br><br>*Requested New*<br>*Hearing Date:*      August 14, 2017<br><br>*Requested New*<br>*Opposition Date:*      July 24, 2017 |

Pursuant to C.D. Cal. Local Rule 7-11, Plaintiff Kayla Reed ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("CVS") hereby stipulate for a brief, two-week extension of the July 31, 2017 hearing date on CVS's motion to dismiss (DE 7) and the July 31, 2017 scheduling conference (DE 8) to August 14, 2017 at 10:00 AM.

1. On June 6, 2016, CVS filed its Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* DE 7.)

2. CVS's Motion to Dismiss is currently set to be heard before this Court on July 31, 2017 at 10:00 AM. Plaintiff's opposition to CVS's Motion to Dismiss is due by July 10, 2017 and CVS's reply is due by July 17, 2017.

3. On June 13, 2017, this Court issued its Order Setting Scheduling Conference, setting the scheduling conference for July 31 at 10:00 AM. (*See* DE 8.)

4. As a result of a prior commitment, counsel for CVS has recently and unexpectedly learned that he will need to be in Houston, Texas on July 31, 2017.

5. The Parties thus respectfully request moving the motion hearing and scheduling conference from July 31, 2017 at 10:00 AM to August 14, 2017 at 10:00 AM to accommodate this scheduling conflict. As a result of this request, the new date for Plaintiff's opposition to CVS's Motion to Dismiss will be July 24, 2017 and CVS's reply will be due July 31, 2017.

6. The Parties submit this stipulation in good faith and not for the purpose of delay or for any other improper purpose. No party to this action will be prejudiced if this stipulation is granted.

7. Good cause exists for the requested continuance to permit CVS's counsel to attend a scheduled commitment out of town and in order to keep the motion hearing date and scheduling conference on the same day.

8. This is the first request for a continuance in this action.

WHEREFORE, it is hereby requested that the motion hearing and scheduling conference be moved from July 31, 2017 to August 14, 2017 at 10:00 AM.

| | | |
|---|---|---|
| 1 | Dated: July 5, 2017 | CVS PHARMACY, INC. |
| 2 | | |
| 3 | | By:  s/ Mark S. Eisen |
| 4 | | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 5 | | Mark S. Eisen (SBN289009) |
| 6 | | meisen@beneschlaw.com |
| 7 | | 333 West Wacker Drive, Suite 1900 |
| 8 | | Chicago, IL 60606 |
|   | | Telephone:  312.212.4949 |
| 9 | | Facsimile:   312.767.9192 |
| 10 | | Attorney for Defendant CVS Pharmacy, Inc. |
| 11 | Dated: July 5, 2017 | KAYLA REED |
| 12 | | |
| 13 | | By:  s/ Michael J. Manning |
|   | | MANNING LAW APC |
| 14 | | Michael J. Manning (SBN286879) |
| 15 | | mike@manninglawoffice.com |
|   | | 4667 MacArthur Blvd., Suite 150 |
| 16 | | Newport Beach, CA 92660 |
| 17 | | Telephone:  949.200.8755 |
|   | | Facsimile:   866.843.8308 |
| 18 | | |
| 19 | | Attorney for Plaintiff Kayla Reed |

**Attestation Pursuant to Local Rule 5-4.3.4**

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By     /s/ Mark S. Eisen
    Mark S. Eisen