# JUDGE MICHAEL W. FITZGERALD
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:17-cv-3877 MWF (SKx) |
|---|---|
| Case Name | Kayla Reed v. CVS Pharmacy, Inc. |

| Matter | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
|---|---|---|---|
| [ x ] Jury Trial   or   [] Court Trial<br><br>(Tuesday at 8:30 a.m.)     Duration Estimate   7 Days | May 29, 2018 | October 30, 2018 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions In Limine(**Monday at 11:00 a.m. -- three (3) weeks before trial date**)<br> Motions In Limine must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | May 8, 2018 | October 8, 2018 | |

| Event | Weeks before trial | Plaintiff(s)' Date mo/day/year | Defendant(s)' Date mo/day/year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings | | Sept. 18, 2017 | Sept. 18, 2017 | |
| Non−Expert Discovery Cut−Off (at least 4 weeks before last date to hear motions) | 18 | January 22, 2017 | June 4, 2018 | |
| Expert Disclosure (Initial) | | Nov. 20, 2017 | April 9, 2018 | |
| Expert Disclosure (Rebuttal) | | January 15, 2018 | May 7, 2018 | |
| Expert Discovery Cut-Off | 14* | February 26, 2018 | June 4, 2018 | |
| Last Date to Hear Motions (Monday at 10:00 a.m.) | 14 | March 5, 2018 | July 23, 2018 | |
| Last Date to Conduct Settlement Conference | 12 | March 12, 2018 | August 7, 2018 | |
| For Jury Trial<br><br>• File memorandum of Contentions of Fact and Law, LR 16-4<br>• File Exhibit and Witness Lists, LR 16-5.6<br>• File Status Report Regarding Settlement<br>• File motions *In Limine* | 6 | April 23, 2018 | September 17, 2018 | |

| | | | | |
|---|---|---|---|---|
| For Jury Trial<br>• Lodge Pretrial Conference Order, LR 16-7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 5 | April 30, 2018 | September 24, 2018 | |
| For Court Trial<br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | May 8, 2018 | October 8, 2018 | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing

**Plaintiff's Position**

LR 16-15 ADR Choice: ☐ 1. USMJ   ☐ 3. Outside ADR

☒ 2. Attorney Settlement Panel

Exhibit A

**CVS's Position**

LR 16-15 ADR Choice: ☐ 1. USMJ   ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel

Exhibit A