JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA REED, an individual<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC. a Rhode Island Corporation,<br><br>Defendant. | Case No.: 2:17-cv-3877-MWF (SKx)<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action without Prejudice filed by Plaintiff Kayla Reed ("Plaintiff") and CVS Pharmacy, Inc., the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 8, 2017

_____
UNITED STATES DISTRICT COURT JUDGE